# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-10566
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 21, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

VANESSA MAYO,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:10-CR-21-1

Before KING, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Vanessa Mayo appeals the above-guidelines sentence imposed for the third revocation of her supervised release. She argues only that the 30-month sentence is substantively unreasonable.

Given Mayo's objection at sentencing, we review her substantive reasonableness challenge under the "plainly unreasonable" standard. *See United States v. Miller*, 634 F.3d 841, 843 (5th Cir. 2011). Mayo's arguments,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-10566

however, essentially amount to a disagreement with the district court's assessment of the sentencing factors, which this court will not reweigh. *See Gall v. United States*, 552 U.S. 38, 51 (2007). Thus, Mayo has failed to show that the sentence is substantively unreasonable. *See Miller*, 634 F.3d at 843; *United States v. Whitelaw*, 580 F.3d 256, 260 (5th Cir. 2009); s*ee, e.g., United States v. Kippers*, 685 F.3d 491, 500-01 (5th Cir. 2012).

Accordingly, the district court's judgment is AFFIRMED.